# Court of Appeals
# of the State of Georgia

ATLANTA,  September 21, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0275. CAROLINE MORA A/K/A CHERRY MORA v. BRICKSTONE PROPERTIES, LLC.

This action originated in magistrate court with Brickstone Properties LLC's filing of a dispossessory case against Cherry Mora. The magistrate court granted Brickstone a writ of possession, and Mora appealed to superior court. Two months later, Mora filed a separate civil action against several defendants, including Brickstone, asserting various claims related to the foreclosure of her property. The two cases were consolidated, and Brickstone and the other defendants filed motions for summary judgment on the claims asserted in Mora's complaint.  The trial court granted summary judgment to the defendants as to all claims except the wrongful foreclosure claim for money damages against Mora's loan servicer. We affirmed the trial court's judgment in an unpublished opinion. See Case  A20A0166 (decided Apr. 27, 2020).

On April 16, 2021, the superior court entered its final order in the case granting Brickstone a writ of possession and ordering the disbursement of the funds held in the registry of the court to the appropriate parties. Mora filed a notice of appeal on June 30, 2021. We, however, lack jurisdiction.

While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within 7 days after entry of the order at issue. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Mora's notice of appeal was filed 75 days after the entry of the order on appeal. Consequently, whether we proceed under the general rule or that governing appeals

from dispossessory proceedings, Mora's appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, __09/21/2021_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____, Clerk.